MERSEREAU, Respondent, v. MERSEREAU, Appellant. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by Clara E. Mersereau against James H. Mersereau. R. H. Griffin, for appellant. J.

Delahunty, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 63 N. Y. Supp. 336.